**Order entered July 30, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-01033-CR
No. 05-20-01034-CR
No. 05-20-01035-CR

**CHRISTIAN COLE DONIHOO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-83060-2020 cts. 1-3**

## ORDER

Appellant's brief was initially due April 28, 2021. After we granted two extension motions, his brief was due June 28, 2021. To date, no brief has been filed, and we have had no communication from appellant regarding the appeals.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant

desires to prosecute these appeals, whether appellant has abandoned the appeals, or whether appointed counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Andrea Thompson, Presiding Judge, 416th Judicial District Court; to Christopher Routt; and to the Collin County District Attorney's Office, Appellate Division.

We **ABATE** these appeals to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the Court finds it appropriate to do so.

/s/     DENNISE GARCIA
        JUSTICE